PEOPLES BREWING COMPANY OF TRENTON, respondent,

*v.*

HARRIS LEVIN and SAMUEL LEVIN, appellants.

[Argued March 9th, 1911.   Decided June 19th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Walker.

*Mr. Franklin W. Fort,* for the appellants.

*Mr. John H. Backes,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Walker.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, CONGDON, SULLIVAN—11.

*For reversal*—None.